UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                Criminal No. 12-cr-70-01/02-SM

Samuel Ruoff
Jordan Reynolds

O R D E R

The assented to motion to reschedule jury trial (document no. 14) filed by defendant Reynolds is granted; Final Pretrial is rescheduled to December 3, 2012 at 9:30 a.m.; Trial is continued to the two-week period beginning December 11, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              _____
                                              Steven J. McAuliffe
                                              United States District Judge

Date: September 6, 2012

cc: Timothy M. Harrington, Esq.
    Michael J. Iacopino, Esq.
    Jennifer C. Davis, Esq.
    U.S. Marshal
    U.S. Probation