UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                Criminal No. 12-cr-70-01-SM

Samuel Ruoff
Jordan Reynolds

## O R D E R

The assented to motion to reschedule jury trial (document no. 17) filed by defendant Ruoff is granted; Final Pretrial is rescheduled to January 11, 2013 at 1:30 p.m.; Trial is continued to the two-week period beginning January 23, 2013, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: October 11, 2012

cc: Jennifer Davis, Esq.
    Michael Iacopino, Esq.
    Timothy M. Harrington, Esq.
    U.S. Marshal
    U.S. Probation