```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

                                        Criminal No. 12-cr-70-01-SM

    v.

Samuel Ruoff


## O R D E R

The assented to motion to reschedule jury trial (document no. 36) filed by defendant is granted; Final Pretrial is rescheduled to June 7, 2013 at 2:30 PM; Trial is continued to the two-week period beginning June 18, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                        _____
                                        Steven J. McAuliffe
                                        United States District Judge

Date: March 14, 2013

cc:  Michael Iacopino, Esq.
     Jennifer C. Davis, Esq.
     U.S. Marshal
     U.S. Probation